**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BARBARA LIBBIN and                                    Case No.: 8:25-cv-03267-TPB-AEP
I LOVE EARS TRAVEL LLC
      Plaintiff,

v.

LAURALYN JOHNSON and
SMART MOMS TRAVEL LLC,
      Defendants.

_____/

## DEFENDANTS MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFFS' COMPLAINT

COMES NOW, the Defendants, LAURALYN JOHNSON and SMART MOMS TRAVEL LLC, hereby, pursuant to Federal Rule of Civil Procedure 6(b), moves for an extension of time to answer the Plaintiffs' Complaint filed on November 26, 2025, (the "Complaint") (Doc. 1) and in support states:

1.      On November 26, 2025, Plaintiffs filed a Complaint.

2.      On December 9, 2025, the Defendants were served a copy of the Complaint. The return of service does not yet appear on the docket.

3.      Pursuant to Federal Rule of Civil Procedure 12, Defendants response to the Complaint is due on or before December 30, 2025.

4.      On December 29, 2025, undersigned counsel spoke with Plaintiff's counsel requesting a thirty (30) day extension for a response. Counsel Ferraro has granted the extension, however, Counsel Ment has requested a motion for extension of time to be filed.

5.      The undersigned counsel needs additional time to confer with the Defendants and other counsel to file a proper response to Plaintiffs' Complaint.

6.      Defendants have not previously filed a request to extend time to file its response to the Complaint.

7.      Undersigned represents that this request is made in good faith, and not for the purposes of unreasonable delay.

8.      The Defendants respectfully request an extension of thirty (30 days) up to and including January 29, 2026, to file the required response.

WHEREFORE, Defendants request this Court grant an extension of time for thirty (30) days to file answer to the Complaint.

Respectfully submitted,


By: _s/Michael T. Reese_____
Michael T. Reese, Esquire
The Michael Reese Law Firm, P.A.
Florida Bar No.: 122475
6735 Conroy Rd., Ste. 312
Orlando, Florida 32835
Telephone: (407) 377-7141
Primary Email: MTR@reeselegal.com
Secondary Email: gchau@reeselegal.com
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2025, I served the foregoing Motion for Extension of Time to Answer Plaintiffs' Complaint by filing it with the CM/ECF system for the Middle District of Florida, which provides a notification to all counsel appearing in this matter.

By: _s/Michael T. Reese_____
Michael T. Reese, Esquire
The Michael Reese Law Firm, P.A.
Florida Bar No.: 122475
6735 Conroy Rd., Ste. 312
Orlando, Florida 32835
Telephone: (407) 377-7141
Primary Email: MTR@reeselegal.com
Secondary Email: gchau@reeselegal.com
Attorney for Defendants