# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| BARBARA LIBBIN, AND <br> I LOVE EARS TRAVEL LLC <br><br> *Plaintiff(s)* <br> v. <br><br> LAURALYN JOHNSON, AND <br> SMART MOMS TRAVEL LLC <br><br> *Defendant(s)* | Civil Action No.:  8:25-cv-03267 |

## NOTICE OF COMPLIANCE WITH ORDER
## GRANTING MOTION TO APPEAR PRO HAC VICE

NOTICE IS GIVEN THAT:

1. On December 29, 2025, the Court granted Jeffrey L. Ment, Esquire of Ment Law Group, PC permission to appear pro hac vice in the above captioned case. (Doc. No. 9).

2. On December 30, 2025, the undersigned attests that the $150.00 special admission fee has been paid to the Clerk of the United States District Court for the Middle District of Florida.

Dated: January 9, 2026

/ **Joshua D. Ferraro**
Joshua D. Ferraro
Florida Bar No.: 0797391
jferraro@lesserlawfirm.com
lduandetto@lesserlawfirm.com
ijardines@lesserlawfirm.com
LESSER, LANDY, SMITH & SIEGEL, PLLC
420 Columbia Drive, Suite 110
West Palm Beach, FL 33409
Telephone: (561) 655-2028
*Attorney for Plaintiffs*