# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

BARBARA LIBBIN, AND
I LOVE EARS TRAVEL LLC                    CASE NO.: 8:25-cv-03267-TPB-AEP

    Plaintiffs,

v.

LAURALYN JOHNSON, AND
SMART MOMS TRAVEL LLC

    Defendants.

_____/

## NOTICE OF DESIGNATION OF LEAD COUNSEL

Pursuant to Local Rule 2.02(a), formal notice is hereby given that the undersigned attorney, Joshua D. Ferraro, Esq., will serve as Lead Counsel on behalf of Plaintiffs, BARBARA LIBBIN, AND I LOVE EARS TRAVEL LLC, in the above-styled action:

    s/ **Joshua D. Ferraro**
    Joshua D. Ferraro
    Florida Bar No.: 0797391
    jferraro@lesserlawfirm.com
    ijardines@lesserlawfirm.com
    ldurandetto@lesserlawfirm.com
    LESSER, LANDY, SMITH & SIEGEL, PLLC
    420 Columbia Drive, Suite 110
    West Palm Beach, FL 33409
    Telephone: (561) 655-2028

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the following counsel of record:

Jeffrey L. Ment, Esq.
Ment Law Group, PC
225 Asylum Street
Harford, CT 06103
jment@mentlaw.com
kinglis@mentlaw.com
*Counsel for Plaintiff*


Michael Thomas Reese
The Michael Reese Law Firm
6735 Conroy Rd Ste 312
Orlando, FL 32835
mtr@reeselegal.com
gchau@reeselegal.com