**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:    8:25-cv-3267-TPB-AEP** | **DATE:   April 15, 2026** |
| **HONORABLE THOMAS P. BARBER** | |
| **BARBARA LIBBIN, et al.**<br><br>**v.**<br><br>**LAURALYN JOHNSON, et al.** | **PLAINTIFF COUNSEL:**<br>Not present<br><br>**DEFENDANT COUNSEL:**<br>Not present |
| **COURT REPORTER:**  Rebekah Lockwood | **DEPUTY CLERK:**  Sonya Cohn |
| **TIME:**   10:32 – 10:33 a.m.<br>**TOTAL:**   1 min. | **COURTROOM:**   14A |

**PROCEEDINGS:**    INITIAL CASE MANAGEMENT CONFERENCE

No parties present. Case dismissed – order to follow.